# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

SANDRA ROSALES,

     Plaintiff,

v.                                                                Case No: 8:22-cv-934-CEH-TGW

SAFEPOINT INSURANCE
COMPANY and 88RR
DEVELOPMENT, LLC,

     Defendants.

---

## ORDER

This matter is before the Court *sua sponte*. On May 24, 2022, the Court entered an Order dismissing Plaintiff's Complaint, without prejudice, as a shotgun pleading and granting Plaintiff leave to file an amended complaint. Doc. 15. Plaintiff was granted until June 7, 2022, to file an amended complaint. To date, Plaintiff has not filed an Amended Complaint, nor sought an extension of time to do so. Accordingly, this action is due to be dismissed without prejudice.

## DISCUSSION

A district court may dismiss a plaintiff's claims pursuant to Rule 41(b) or the court's inherent authority to manage its docket. *Betty K Agencies, Ltd. v. M/V MONADA*, 432 F.3d 1333, 1337 (11th Cir. 2005). Under Rule 41(b), "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss this action or any claim against it." Fed. R. Civ. P. 41(b). The Eleventh

Circuit has recognized that a district court may dismiss an action *sua sponte* for the plaintiff's failure to prosecute her case or obey a court order under Rule 41(b). *Betty K Agencies, Ltd.*, 432 F.3d at 1337.

This case was initiated by Plaintiff, through counsel, by the filing of a Collective Action Complaint on April 21, 2022, alleging claims under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA") and the Florida Minimum Wage Act, Fla. Stat. § 448.100 and Fla. Const. Art. X § 24. Doc. 1. On May 24, 2022, the Court issued an Order dismissing Plaintiff's Complaint as a shotgun pleading. Doc. 15. The Complaint was dismissed without prejudice and Plaintiff was granted leave to file an Amended Complaint within fourteen days. Plaintiff's Amended Complaint was due by June 7, 2022. The deadline for filing the Amended Complaint has passed and Plaintiff has not sought an extension of time, nor has she filed an Amended Complaint. Because Plaintiff has failed to timely file an Amended Complaint, despite being given the opportunity to do so, this action is due to be dismissed without prejudice. Accordingly, it is

**ORDERED**:

1.      This action is **DISMISSED without prejudice**.

2.      The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on July 12, 2022.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties, if any